NOT YET SCHEDULED FOR ORAL ARGUMENT
Nos. 25-5266, 25-5267

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,
*Plaintiff-Appellee*,

v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,
*Defendants-Appellants*.

_____

PROTECT DEMOCRACY PROJECT,
*Plaintiff-Appellee*,

v.

U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*,
*Defendants-Appellants*.

_____

On Appeal from the United States District Court
for the District of Columbia
_____

**APPELLEES' NOTICE CONCERNING
APPELLANTS' REQUEST FOR AN ADMINISTRATIVE STAY**

Daniel F. Jacobson
Jacobson Lawyers Group
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148

*Counsel for Appellee
Protect Democracy Project*

Adina H. Rosenbaum
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7723

*Counsel for Appellee CREW*

[Additional counsel listed on signature page]

On July 21, 2025, the district court entered an order granting summary judgment in part to Appellees Citizens for Responsibility and Ethics in Washington (CREW) and Protect Democracy Project, holding that Defendants, Office of Management and Budget (OMB) and OMB Director Russell Vought, violated the Consolidated Appropriations Act, 2022, the Consolidated Appropriations Act, 2023, and the Paperwork Reduction Act's dissemination of information requirement by removing public access to the online Public Apportionments Database. *See* Dkt. 25-1051, ECF 32. The court ordered, among other things, that Defendants restore the Public Apportionments Database and make publicly available the apportionment information required by law to be disclosed. The court stayed its order until Thursday, July 23, at 10:00 am.

On July 22, Defendants filed a notice of appeal. On July 23, they moved this Court for an administrative stay and a stay pending appeal.

Appellees from each of the consolidated cases file this notice to inform the Court that they do not oppose entry of an administrative stay through Monday, July 28, at 2:00 pm.

Respectfully submitted,

/s/ *Daniel F. Jacobson*
Daniel F. Jacobson
Jacobson Lawyers Group
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148

*Counsel for Appellee Protect Democracy Project*

/s/ *Adina H. Rosenbaum*
Adina H. Rosenbaum
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7723

Nikhel S. Sus
Yoseph T. Desta
Citizens for Responsibility and
   Ethics in Washington
P.O. Box 14596
Washington, DC 20044
(202) 408-5565

*Counsel for Appellee Citizens for Responsibility and Ethics in Washington*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: July 23, 2025 　　　　　　　　　　*/s/ Adina H. Rosenbaum*
　　　　　　　　　　　　　　　　　　　　Adina H. Rosenbaum