# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON,
        Plaintiff-Appellee,

     v.

U.S. OFFICE OF MANAGEMENT &
BUDGET, et al.,
        Defendants-Appellants.

-----------------------

PROTECT DEMOCRACY PROJECT,
        Plaintiff-Appellee,

     v.

U.S. OFFICE OF MANAGEMENT &
BUDGET, et al.,
        Defendants-Appellants.

Case Nos. 25-5266, 25-5267

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A. Parties and Amici

Plaintiff-Appellee in the appeal from *Protect Democracy v. OMB*, No.

25-cv-1111, is Protect Democracy Project, Inc. Plaintiff-Appellee in the appeal

from *CREW v. OMB*, No. 25-cv-1051, is Citizens for Responsibility and Ethics in

Washington. Defendants-Appellants are the U.S. Office of Management and Budget and Russell Vought, in his official capacity as Director of the U.S. Office of Management and Budget.

I certify under Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1 that Protect Democracy Project, Inc. does not have any parent companies, subsidiaries, or affiliates.

## B. Rulings Under Review

The ruling under review (issued by Judge Emmet G. Sullivan) is an order filed July 21, 2025 and an accompanying memorandum opinion filed July 21, 2025 granting Protect Democracy's Motion for Partial Summary Judgment in Case No. 25-cv-1111 and granting in part and denying in part CREW's motion for partial summary judgment in case No. 25-cv-1051.

Respectfully submitted.

*/s/ Daniel F. Jacobson*
DANIEL F. JACOBSON
KYLA M. SNOW
JACOBSON LAWYERS GROUP PLLC
*1629 K Street NW, Suite 300*
*Washington DC, 20006*
*(301) 823-1148*
*dan@jacobsonlawyersgroup.com*