IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Citizens for Responsibility and Ethics in Washington, *et al.*,
                    *Plaintiff-Appellee,*

    *v.*

Office of Management and Budget, *et al.*,
                    *Defendants-Appellants.*

———————

Protect Democracy Project,
                    *Plaintiff-Appellee,*

    *v.*

U.S. Office of Management and Budget, *et al.*,
                    *Defendants-Appellants.*

Nos. 25-5266, 25-5267

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Kyla M. Snow withdraws as counsel for Plaintiff-Appellee Protect Democracy Project in Case No. 25-5267 because of her impending departure from Jacobson Lawyers Group, PLLC. Plaintiffs-Appellee respectfully requests the removal of Kyla M. Snow's appearance from the docket and name from the ECF

1

distribution list. Plaintiff-Appellee will continue to be represented by other counsel of record from Jacobson Lawyers Group.

Dated: August 7, 2026

Respectfully submitted,

*/s/ Kyla M. Snow*
Kyla M. Snow
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Telephone: +1 301-823-1148
kyla@jacobsonlawyersgroup.com